# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

George J. Fiorini, II,

     Plaintiff,

        v.                              Case No.  1:04cv295

United States of America,                  Judge Michael H. Watson

     Defendant.

### ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed January 5, 2006 (Doc. 36).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.  Defendant's Motion for Summary Judgment (Doc. 29) is **GRANTED**.  This action is closed.

**IT IS SO ORDERED.**

bac     January 30, 2006

_____
Michael H. Watson, Judge
United States District Court